Bernard A. Eckhart *et al.*

*v.*

Agnes F. Irons *et al.*

*Filed at Ottawa September 22, 1885.*

Appeal—*whether a freehold is involved.*    A bill in chancery to enjoin
an owner of a city lot from erecting a building upon a strip of ground along
the front of the lot, reserved in the deed by the grantor as an easement, in-
volves no question of freehold, and no appeal lies directly to this court from
the final decree of the circuit court.    Such a strip amounts, at most, only to
an easement.

Appeal from the Circuit Court of Cook county; the Hon.
M. F. Tuley, Judge, presiding.

This was a bill in chancery, brought by Bernard A. Eckhart
and others, against Agnes F. Irons and others, to enjoin her
from erecting tenement buildings upon a strip of land along
the lot, reserved and set apart as a court-yard, they claiming
that such strip is an easement.    The court, on the hearing,
dismissed the bill, and complainants prosecuted an appeal
directly to this court.

Messrs. Holden & Farson, and Messrs. Abbott, Oliver &
Showalter, for the appellants.

Mr. H. F. White, for the appellees.

Per CURIAM: This appeal must be dismissed. It comes directly from the circuit court of Cook county to this court, upon the hypothesis, we presume, that it involves a freehold. This is a misapprehension. Conceding all that appellants claim in respect to the strip of land in question, it amounts to an easement, only, and we have repeatedly held this does not constitute a freehold.

The appeal will be dismissed, with leave to appellants to withdraw the record, abstracts and briefs, if they shall desire to do so.

*Appeal dismissed.*